

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-18-00067-CR

Tommy **LUNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRN-000986-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

After we granted the court reporter's first three requests for extensions of time to file the reporter's record, the reporter's record was due on June 12, 2018. *See* TEX. R. APP. P. 35.1. In our June 1, 2018 order, we warned court reporter Cynthia M. Perez Lenz as follows:

> We ORDER Cynthia M. Perez Lenz to file the reporter's record not later than June 12, 2018. **NO FURTHER EXTENSIONS OF TIME TO FILE THE REPORTER'S RECORD WILL BE GRANTED.**

Despite our express order and warning, on June 12, 2018, court reporter Cynthia M. Perez Lenz filed a fourth notice of late record and requested an additional thirteen days to file the record.

The court reporter's request is DENIED.

**We ORDER court reporter Cynthia M. Perez Lenz to file the reporter's record in this court within TEN DAYS of the date of this order.**

If the reporter's record is not filed as ordered, a SHOW CAUSE ORDER shall issue directing Cynthia M. Perez Lenz to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. *See* TEX. R. APP. P. 35.3(c); *see also* TEX. GOV'T CODE ANN. § 21.002 (West 2004) (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a

fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

The clerk of this court shall cause a copy of this order to be served on Cynthia M. Perez Lenz by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court